Quattrone v Erie 2 Chautauqua-Cattaraugus Bd. of Coop. Educ. Servs. (2025 NY Slip Op 06476)

Quattrone v Erie 2 Chautauqua-Cattaraugus Bd. of Coop. Educ. Servs.

2025 NY Slip Op 06476

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND DELCONTE, JJ.

837 CA 25-00130

[*1]ELIZABETH G. QUATTRONE, PLAINTIFF-APPELLANT,
v
ERIE 2 CHAUTAUQUA-CATTARAUGUS BOARD OF COOPERATIVE EDUCATIONAL SERVICES AND BOARD MEMBERS RONALD CATALANO, NANCY RENCKENS, THOMAS DEJOE, LINDA HOFFMAN, ANITA RAY, CHRISTINE SCHNARS, DWIGHT EAGAN, GREGORY COLE, ROBERT CARPENTER, SYLVESTER CLEARY, DAVID LOWREY, NANCY STOCK AND RICHARD VOGAN, IN THEIR PERSONAL AND OFFICIAL CAPACITIES, DEFENDANTS-RESPONDENTS. 

ELIZABETH G. QUATTRONE, PLAINTIFF-APPELLANT PRO SE. 
FELDMAN KIEFFER, LLP, BUFFALO (ADAM C. FERRANDINO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from a letter of the Supreme Court, Chautauqua County (Grace Marie Hanlon, J.), dated July 23, 2024. The letter declined to sign an order to show cause submitted by plaintiff. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Plaintiff appeals from the denial of her application for an order to show cause. The appeal must be dismissed inasmuch as "no appeal lies from the denial of an application to sign an order to show cause" (Bayview Loan Servicing, LLC v Kelly, 235 AD3d 939, 940 [2d Dept 2025]; see Smith v Smith, 178 AD3d 980, 981 [2d Dept 2019]; Green v Onondaga County Bar Assoc., 41 AD2d 694, 695 [4th Dept 1973]).
Entered: November 21, 2025
Ann Dillon Flynn
Clerk of the Court